NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**AMERICAN PACIFIC PLYWOOD, INC., U.S. GLOBAL FOREST, INC., LB WOOD CAMBODIA CO., LTD., CAMBODIAN HAPPY HOME WOOD PRODUCTS CO., LTD., INTERGLOBAL FOREST LLC,**
*Plaintiffs-Appellants*

v.

**UNITED STATES, COALITION FOR FAIR TRADE IN HARDWOOD PLYWOOD,**
*Defendants-Appellees*

---

2023-2321, 2023-2322

---

Appeals from the United States Court of International Trade in Nos. 1:20-cv-03914-MMB, 1:20-cv-03915-MMB, and 1:20-cv-03916-MMB, Judge M. Miller Baker.

---

**ON MOTION**

---

Before LOURIE, PROST, and STOLL, *Circuit Judges.*

PROST, *Circuit Judge.*

**O R D E R**

The United States moves without opposition to voluntarily remand these appeals to the United States Court of International Trade with instructions to remand to Customs and Border Protection for further proceedings consistent with *Royal Brush Manufacturing, Inc. v. United States*, 75 F.4th 1250 (Fed. Cir. 2023).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that the cases are remanded to the Court of International Trade with instructions to remand to Customs and Border Protection for further proceedings consistent with *Royal Brush*, 75 F.4th 1250.

(2) Each side shall bear its own costs.

FOR THE COURT

January 26, 2024
Date

Jarrett B. Perlow
Clerk of Court

ISSUED AS A MANDATE: January 26, 2024